97 P.3d 1013

# SUPREME COURT OF HAWAI'I

**September 7, 2004**

| 24683 | State v. Elaban | Affirmed |
|---|---|---|

**September 21, 2004**

| 23787 | Hutchinson v. State; Does v. Nakano | Affirmed |
|---|---|---|

**September 27, 2004**

| 24113 | Reinwald, O'Connor & Playdon v. Snyder | Affirmed |
|---|---|---|

**September 28, 2004**

| 26393 | State v. Helemano | Vacated and Remanded |
|---|---|---|